**Order filed May 31, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00184-CR
_____

### HAROLD GENE JEFFERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 20708-B**

### O R D E R

Appellant has filed in this court five motions for an extension of time to file his brief in this cause. In the most recent motion for extension, Appellant indicated that a portion of the reporter's record was missing. The court reporter has acknowledged that a portion of the reporter's record is missing. In order to allow the court reporter time to prepare a supplemental reporter's record containing the missing portion, we abate this appeal for thirty days.

The appeal will be reinstated when the supplemental reporter's record is filed in this court. Appellant's brief will be due to be filed in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

May 31, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.